UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES R. OWENS, | ) | CIV. 07-5094-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| | ) | |
| BLACK WATCH, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal With Prejudice, it is hereby

ORDERED that this case is dismissed on its merits, with prejudice, and without costs or further notice to either party.

Dated January 21, 2009.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE